| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 13-5491  DATE FILED: 9/19/2013 | Eastern District of Pennsylvania<br>601 Market Street - Room 2609<br>Philadelphia, PA 19106 |
| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. Olympic Blvd. - Ste. 501<br>Los Angeles, CA 90015 | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 - SEE ATTACHED - | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Michael E. Kunz, Clerk of Court | (BY) DEPUTY CLERK | DATE<br>9/19/2013 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 76.124.148.135

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/15/2012 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 11/03/2012 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/27/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 09/09/2012 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 09/15/2012 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 09/08/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 09/23/2012 |
| Evening at Home Part #2 | PA0001785204 | 04/04/2012 | 04/04/2012 | 09/09/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 09/17/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 02/06/2013 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 09/27/2012 |
| Introducing Veronika | PA0001776801 | 02/17/2012 | 02/21/2012 | 09/16/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 09/09/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/11/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 09/09/2012 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 09/16/2012 |
| Pink Orgasm | PA0001797944 | 07/16/2012 | 07/18/2012 | 09/09/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 10/06/2012 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 03/13/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/06/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 10/24/2012 |
| Sneaking In | PENDING | 08/17/2013 | 09/08/2013 | 08/26/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 02/06/2013 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 08/26/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/27/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/31/2012 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 09/29/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 09/15/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/26/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 29**

EXHIBIT B